STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5878 SALIM A ISLAM V STATE OF RI

Filing Date: 11-10-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 04-10-2007

| | | |
|---|---|---|
| Plaintiff: | SALIM ISLAM<br>ID: @10872794 | Attorney: KEVEN MCKENNA |
| Defendant: | STATE OF RHODE ISLAND<br>ID: STATE | Attorney: THOMAS PALOMBO |
| Defendant: | RI CORRECTIONS<br>ID: RIDOC | Attorney: THOMAS PALOMBO |
| Defendant: | ASHBEL WALL<br>ID: @10872795 | Attorney: THOMAS PALOMBO |
| Defendant: | TED GERRICK<br>ID: @10872796 | Attorney: THOMAS PALOMBO |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-10-2006 | COMPLAINT FILED | |
| 11-10-2006 | INITIAL FILING FEE | |
| 11-10-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP237286. |
| 04-10-2007 | ENTRY OF APPEARANCE | THOMAS A. PALOMBO ENTERS<br>Affiliated: STATE OF RHODE ISLAND |
| 04-10-2007 | ANSWER FILED | Affiliated: STATE OF RHODE ISLAND |
| 04-10-2007 | NOTICE OF REMOVAL | |
| 04-10-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT CASE #07-133S |
| 04-10-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest:

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island