STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

SALIM A. ISLAM

V.

C.A. NO. 06-5878

STATE OF RHODE ISLAND;
RHODE ISLAND DEPARTMENT
OF CORRECTIONS; ASHBEL T. WALL, II,
WARDEN AND TED GERRICK, ALIAS

## ANSWER

Now come Defendants, State of Rhode Island, the Rhode Island Department of Corrections, Ashbel T. Wall, II and Ted Gerrick ("State," "DOC" or "Defendants"), and hereby answer the Complaint filed in this civil action by Plaintiff, Salim A. Islam, ("Islam" or "Plaintiff"), as follows:

1. Admitted, generally.
2. Admitted, generally.
3. Admitted only that Defendant Wall is and was the Director of the DOC.
4. Admitted, generally.

## FACTUAL ALLEGATIONS

5. Admitted, generally.
6. Admitted only that the so-called chemicals were the property of and subject to the exclusive control of the State DOC. Denied that Plaintiff was required to handle polymers and other potentially volatile chemicals. Any and all remaining allegations in this Paragraph are denied and Plaintiff is left to his proof thereof.
7. Denied.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2007 APR 10 P 2: 46

8. Denied that the mixture of the two substances as describe in the Complaint resulted in a violent chemical reaction. As to any and all remaining allegations in this Paragraph, Defendants have no knowledge or information upon which to admit or deny said allegations and, therefore, deny said allegations and leave Plaintiff to his proof thereof.

9. Denied.

10. Denied that there was a chemical explosion. As to any and all remaining allegations in this Paragraph, Defendants have no knowledge or information upon which to admit or deny said allegations and, therefore, deny said allegations and leave Plaintiff to his proof thereof.

11. Denied.

**COUNT I**
**NEGLIGENCE – BREACH OF DUTY; FAILURE TO WARN**

12. Defendants repeat and reallege Paragraphs 1-11 and incorporate said Paragraphs by reference as if fully set forth herein.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

**Count II**
**RES IPSA LOQUITUR**

17. Defendants repeat and reallege Paragraphs 1-16 and incorporate said Paragraphs by reference as if fully set forth herein.

18. Denied.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

FILED
S. KINCH JR., CLERK
2007 APR 10 P 2:46

19. Denied.

20. Admitted.

21. Denied.

**Count III**
**VIOLATION OF STATE CODE**

22. Defendants repeat and reallege Paragraphs 1-21 and incorporate said Paragraphs by reference as if fully set forth herein.

23. Denied.

**Count IV**
**VIOLATION OF FEDERAL CODE**

24. Defendants repeat and reallege Paragraphs 1-23 and incorporate said Paragraphs by reference as if fully set forth herein

25. Denied.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be denied and dismissed; that Defendants be awarded their costs and fees incurred in the defense hereof; and such other and further relief as justice may require.

**DEFENDANTS HEREBY REQUEST A TRIAL BY JURY ON ALL COUNTS AND CLAIMS SO TRIABLE.**

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint fails to allege facts sufficient to show that Plaintiff is entitled to recover any damages as against Defendants.

**SECOND AFFIRMATIVE DEFENSE**

Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities which inure to said sovereign status.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 APR 10 P 2: 46

**THIRD AFFIRMATIVE DEFENSE**

Defendants have the benefit of all expressed and implied exceptions to the waiver of sovereign immunity.

**FOURTH AFFIRMATIVE DEFENSE**

At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendants assert any and all applicable statute of limitations defenses.

**EIGHTH AFFIRMATIVE DEFENSE**

The acts or omissions of Defendants were not a conscious disregard of Plaintiff's needs or rights; were not intentional and willful; and were not in violation of Federal or State law.

**NINTH AFFIRMATIVE DEFENSE**

The acts or omissions of Defendants do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law.

**TENTH AFFIRMATIVE DEFENSE**

Defendants assert any and all applicable defenses of assumption of the risk.

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant asserts that Plaintiff caused and/or contributed to the alleged injuries or damages complained of, and therefore, Defendant pleads the doctrine of comparative and/or contributory negligence.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 APR 10 P 2:46

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to monetary damages as against Defendants under Federal or State law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to punitive damages as against Defendants under Federal or State law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

**DEFENDANTS HEREBY REQUEST A TRIAL BY JURY ON ALL COUNTS AND CLAIMS SO TRIABLE.**

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer by first class mail, postage pre-paid, on this 10th day of April, 2007 to **Kevin A. McKenna, Esquire**, 23 Acorn Street, Providence, RI 02903.