**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SALIM A. ISLAM**

**V.** **C.A. No. 07-133S**

**STATE OF RHODE ISLAND;**
**RHODE ISLAND DEPARTMENT**
**OF CORRECTIONS; ASHBEL T. WALL, II,**
**WARDEN AND TED GERRICK, ALIAS**

**STIPULATION OF DISMISSAL**

Now come the undersigned attorneys of record and hereby stipulate and agree that Plaintiff Salim A. Islam's Complaint, Count IV – VIOLATION OF FEDERAL CODE, is hereby dismissed with prejudice. Nothing contained herein prohibits Plaintiff from attempting to use the Federal standards referenced in Count IV to prove his negligence claim as alleged in the Complaint, Count I. Nothing contained herein prohibits Defendants from contesting or objecting to Plaintiff's use of said Federal standards or any other evidence and nothing contained herein prohibits Defendants from attempting to use the Federal standards referenced in Count IV to defend against Plaintiff's negligence claim as alleged in the Complaint, Count I.

Attorney for Plaintiff

**Kevin A. McKenna, Esquire, #**
23 Acorn Street
Providence, RI 02903
(401) 273-8200
Fax: 521-5820
KevenM@McKennaLaw.com

Attorney for Defendants

**Thomas A. Palombo, #4212**
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

Approved By:

William E. Smith
U.S. District Judge