**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Salim A. Islam** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 07-113S** |
| **State of Rhode Island;** | : | |
| **Rhode Island Department of** | : | |
| **Corrections; Ashbel T. Wall, II,** | : | |
| **Warden; and Ted Gerrick, Alias,** | : | |
| **Defendants** | : | |
| | : | |

**Plaintiff's Motion to Remand To State Court on (i) the Basis of the Lack of a Justiciable Federal Question and (ii) the Absence of Diversity Jurisdiction**

Now comes the Plaintiff, in the above-entitled action removed from the Rhode Island Superior Court, and moves this Honorable Court to remand this case to the State Superior Court for Providence County, based upon the absence of a justiciable federal question, and upon the lack of diversity of citizenship among the parties thereto.

In support of said Motion, Plaintiff relies upon and incorporates by reference the attached Memorandum of Law. Plaintiff further incorporates by reference his original Complaint, which had been filed with this Court by the Defendants seeking removal; and the Stipulation of the parties dismissing Count IV of said Complaint on the terms and conditions previously outlined herein.

Salim A. Islam,
Plaintiff
By His Attorneys

Keven A. McKenna

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.

**CERTIFICATION**

I, the undersigned, hereby certify that on May 2, 2007, I mailed a copy of the within Motion and Memorandum, postage prepaid, to Thomas A. Palombo, Esq., Dept. of the Attorney General, 150 S. Main St. Providence, R.I. 02903.

John W. Gibson