**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Salim A. Islam** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 07-113S** |
| **State of Rhode Island;** | : | |
| **Rhode Island Department of** | : | |
| **Corrections; Ashbel T. Wall, II,** | : | |
| **Warden; and Ted Gerrick, Alias,** | : | |
| **Defendants** | : | |
| | : | |

**Plaintiff's Memorandum in Support of His Motion to Remand to State Court on (i) the Basis of a Lack of a Justiciable Federal Question and (ii) the Absence of Diversity Jurisdiction**

Plaintiff, in Count IV of his original Complaint, had alleged that Defendants were in violation of various provisions of federal law, including but not limited to American Public Health Association Standards for Health Services in Correctional Institutions; United States Public Health Service and OSHA regulations. *See* Plaintiff's Complaint, paragraphs 24 and 25. The parties have agreed that Plaintiff's Complaint may be amended to dismiss Count IV, without prejudice to Plaintiff's right to assert the protections conferred by such standards and regulations. The remainder of Plaintiff's Complaint pertains exclusively to questions of state law; in the absence of Count IV, there is nothing in Plaintiff's Complaint which raises a justiciable federal question for jurisdictional purposes, pursuant to U.S.C. 28 δ 1331.

As all parties to this action are residents and domiciliaries of the State of Rhode Island, there is no federal jurisdiction based on diversity of citizenship. *See* U.S.C. 28 δ 1332. Therefore, there presently exists no basis for federal jurisdiction in this matter; and

Plaintiff respectfully requests that the same be remanded to the Rhode Island Superior Court for Providence County.

Salim A. Islam,
Plaintiff
By His Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.
401 521-5820
KevenM@McKennalaw.cc Net

**CERTIFICATION**

I, the undersigned, hereby certify that on May 2, 2007, I mailed a copy of the within Memorandum, postage prepaid, to Thomas A. Palombo, Esq., Dept. of the Attorney General, 150 S. Main St. Providence, R.I. 02903.

John W. Grisham