**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SALIM A. ISLAM**

**V.** **C.A. NO. 07-133S**

**STATE OF RHODE ISLAND;**
**RHODE ISLAND DEPARTMENT**
**OF CORRECTIONS; ASHBEL T. WALL, II,**
**WARDEN AND TED GERRICK, ALIAS**

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Now come Defendants and, given the stipulated dismissal of Plaintiff's Complaint, Count IV, hereby respond that Defendants have no objection to Plaintiff's Motion to Remand to the Superior Court, Providence County.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Response by first class mail, postage pre-paid, on this 21st day of May, 2007 to **Kevin A. McKenna, Esquire**, 23 Acorn Street, Providence, RI 02903.

*/s/ Thomas A. Palombo*